# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RONALD GILBRECH and ) <br> DAVID DABBS, individually and on ) <br> behalf of all others similarly situated, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> MAPCO EXPRESS, INC., and ) <br> SAFECASH SYSTEMS, LLC, ) <br>   ) <br>   Defendants. ) | No.  10-2614 |

## ORDER TO SHOW CAUSE

Defendant MAPCO Express, Inc. ("Defendant") filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on October 28, 2010.  (D.E. #14.) Plaintiffs Ronald Gilbrech and David Dabbs ("Plaintiffs") have filed no response to Defendant's motion, and the deadline for filing a response has now passed.  Plaintiffs shall have **ten (10) days** from the date of this order to file a response showing cause why Defendant's pending motion to dismiss should not be granted.  After the expiration of this period, the Court will proceed to decide Defendant's motion on the existing record.

**IT IS SO ORDERED**, this the 6th day of December, 2010.

                                    s/Bernice Bouie Donald
                                    **BERNICE BOUIE DONALD**
                                    **UNITED STATES DISTRICT JUDGE**