UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RONALD GILBRECH and
DAVID DABBS, individually and on
behalf of all others similarly situated,

       Plaintiffs,

v.

MAPCO EXPRESS, INC., and
SAFECASH SYSTEMS, LLC,

       Defendants.

Civil Action No.: 2:10-cv-02614-cgc
CLASS ACTION

JURY TRIAL DEMANDED

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
MAPCO EXPRESS, INC. PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Ronald Gilbrech and David Dabbs,

individually and on behalf of all others similarly situated, and Defendant, MAPCO Express, Inc.,

submit this joint stipulation of voluntary dismissal with prejudice of the above-captioned action

against MAPCO Express, Inc., signed by all parties.

The parties stipulate that all claims against MAPCO Express, Inc. in the above-captioned

case should be unconditionally dismissed with prejudice, with Plaintiffs and MAPCO Express,

Inc. each bearing responsibility for their own attorney's fees and costs incurred in connection

with this case.

Plaintiffs will continue to proceed with their claims against Defendant, SafeCash

Systems, LLC, and no provision of this Stipulation will affect any claims that  MAPCO Express,

Inc. may have against Defendant, SafeCash Systems, LLC, including any claims for

indemnification of attorney's fees and costs incurred in connection with this case.

Respectfully submitted this 13th day of December, 2010.

/s/  B.J. Wade_____

B. J. Wade (TN# 5182)
**DEAL, COOPER & HOLTON, PLLC**
296 Washington Avenue
Memphis, Tennessee 38103
Telephone: (901) 523-2222
Facsimile: (901) 523-2232

OF COUNSEL:

Eric G. Calhoun
**TRAVIS, CALHOUN & CONLON, P.C.**
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas  75244
Telephone: (972) 934-4100
Facsimile: (972) 934-4101

*Attorneys for Plaintiff and Proposed Class*
*Counsel*

/s/  Robert L. Crawford_____

Glen G. Reid, Jr. (TN # 08184)
Robert L. Crawford (TN# 7216)
Kacey L. Faughnan (TN# 24421)
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
Telephone: (901) 537-1000
Facsimile: (901) 537-1010

*Counsel for Defendant, Mapco Express, Inc.*

/s/  James Bryan Lewis_____

James Bryan Lewis (TN# 15116)
214 2nd Avenue N., Suite 103
Nashville, Tennessee 37201
Telephone: (615) 256-2602

*Counsel for Defendant, SafeCash Systems,*
*LLC*