# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

RONALD GILBRECH and
DAVID DABBS, individually and on
behalf of all others similarly situated,

      Plaintiff,

vs.
                                    Civil Action No.:  2:10-cv-02614-cgc
                                    CLASS ACTION

MAPCO EXPRESS, INC., and
SAFECASH SYSTEMS, LLC,

      Defendants.

## NOTICE OF ATTORNEYS' LIEN ON
## PLAINTIFFS RONALD GILBRECH'S AND DAVID DABBS'S, INDIVIDUALLY AND
## ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, RECOVERY

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

      Please take notice that pursuant to TENN. CODE ANN. §23-2-102 and TENN. CODE ANN.

§23-2-103, the law firm of Glassman, Edwards, Wyatt, Tuttle, & Cox, P.C., has an attorneys'

lien in this case for attorneys' fees and also expenses advanced in the representation of Plaintiff

Ronald Gilbrech and David Dabbs, individually and on behalf of all others similarly situated.

                                     GLASSMAN, EDWARDS,
                                     WYATT,  TUTTLE & COX, P.C.

                                     By: s/ Richard Glassman
                                     RICHARD GLASSMAN, (#7815)
                                     26 North Second Street

Memphis, TN 38103
(901) 527-4673 – telephone
(901) 521-0940 – facsimile
RGlassman@gewwlaw.com
Our File No. 10-314

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was properly served on this 5th day of January, 2011 by electronic means via the Court's electronic filing system and/or by electronic means via e-mail transmission from the office of Richard Glassman and Glassman, Edwards, Wyatt, Tuttle, & Cox, P.C., upon the following:

B.J. Wade, Esq.
DEAL, COOPER & HOLTON, PLLC.
295 Washington Avenue
Memphis, TN 38103

Eric C. Calhoun, Esq.
TRAVIS, CALHOUN & CONLON, P.C.
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244

Glen G. Reid, Jr.
Robert L. Crawford
Kacey L. Faughnan
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

s/ Richard Glassman
RICHARD GLASSMAN